## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| SANHAY KUMAR NILUVAGILU KARIGOWDA, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 4:26-CV-00339-RWS-JBB |
| JOSEPH B. EDLOW, *et al.*, | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is *pro se* Plaintiff's Motion to Close Case. Docket No. 5. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses the above lawsuit against Defendants. Defendants have not yet appeared in this action and have not served an answer, a motion for summary judgment, or any other responsive pleading. Accordingly, it is

**ORDERED** that Plaintiff's Motion to Close Case (Docket No. 5) is **GRANTED**. It is further

**ORDERED** that the above case is **DISMISSED** without prejudice.

All relief not previously granted is **DENIED**.

The Clerk of the Court is directed to **CLOSE** this case.

**So ORDERED and SIGNED this 25th day of June, 2026.**

Robert W Schroeder III
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE